**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Jawdat Abboud | ) | Case no. 13-07531 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Donald R. Cassling |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Jawdat Abboud

411 Suffolk Lane
Oak Brook, IL  60523

Sulaiman Law Group
900 Jorie Blvd #150
Oak Brook, IL 60523

Please take notice that on Friday, April 5, 2013 at 10:30 am, a representative of this office shall appear before the Honorable Judge Donald R. Cassling at the Dupage County Courthouse, Courtroom 4016, 505  N. County Farm Road, Wheaton, IL 60187 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Monday, March 25, 2013.

/s/ Vickie Bequeaith

For:  Glenn Stearns, Trustee

---

**OBJECTION TO DISCHARGE UNDER § 1328 (f)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtor be denied and in support thereof, states the following:

1. On February 27, 2013, the debtor filed a petition under Chapter 13.
2. The Debtor received a discharge in a prior Chapter 7 case filed within the past four years or a prior Chapter 13 case filed within the past two years from the date of the filing of the present case.
3. The Debtor is not entitled to a discharge under § 1328 (f).

WHEREFORE, the Trustee prays that the discharge for the above referenced debtor be denied.

Respectfully Submitted;

/s/  Carolyn A. Suzzi

For:  Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888