# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 13 B 07531 |
| JAWDAT ABBOUD, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |
| | ) | |

## NOTICE OF MOTION

TO: Glenn B. Stearns, Chapter 13 Trustee (via ECF)
All Creditors Listed on Attached Service List. (via U.S. Mail)

PLEASE TAKE NOTICE that on January 31, 2014 at 10:30 a.m., the undersigned will appear before the Honorable Donald R. Cassling at the DuPage County Courthouse, located at 505 N. County Farm Road, Room 4016, Wheaton, Illinois and will then and there present the attached **Debtor's Motion to Modify Plan**, at which time you may appear if you so choose.

## Certificate of Service

I, Mohammed Badwan, hereby certify that I caused to be served, electronically via ECF to Chapter 13 Trustee and via U.S. Mail to all creditors listed on the attached service list, and attached a copy of the forgoing NOTICE and MOTION upon the parties named above on January 8, 2014, from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

**BY: /S/ MOHAMMED BADWAN**
**SULAIMAN LAW GROUP, LTD**
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6299011

American Honda/Acura Finance
2170 Point Blvd Ste 100
Elgin, IL 60123

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

Fifth Third Bank
38 Fountain Square Plaza
Fifth Third Center
Cincinnati, OH 45263

Illinois Department of Revenue
Po Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 802503
Cincinnati, OH 45280

Internal Revenue Service
Department of Treasury
Kansas City, MO 64999

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5, PO Box 219236
Kansas City, MO 64121

Laser and Cosmetic Dermatology
2425 W. 22nd Street #216
Oak Brook, IL 60523

Lipkin & Higgins
222 N. LaSalle Street
Suite 2100
Chicago, IL 60601

Mercedes-Benz Financial
PO Box 685
Roanoke, TX 76262

Teller Levit & Silvertrust P.C.
19 South LaSalle Street
Suite 701
Chicago, IL 60603

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTTHEIRN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JAWDAT ABBOUD | ) | NO. 13-07531 |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | |
| | ) | HON. DONALD R. CASSLING |
| | ) | |

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

**NOW COMES**, JAWDAT ABBOUD ("Debtor'"), by and through his attorneys, Sulaiman Law Group, LTD., and pursuant to 11 U.S.C. §1329 bringing this Motion to Modify Chapter 13 Plan, and in support of this motion states as follows:

1. The instant bankruptcy proceeding was filed under Chapter 13 of the Bankruptcy Code on February 27, 2013.

2. This Honorable Court confirmed the Debtor's Modified Plan ("Confirmed Plan") on August 23, 2013.

3. Debtor's Confirmed Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $2,110.00 per month for the first twelve (12) months and $2,710.00 for the remaining forty-eight (48) months. *See* attached Exhibit A is a true and accurate copy of Debtor's Confirmed Plan.

4. The Debtor's Confirmed Plan provides for a 100% dividend to the general unsecured creditors.

5. On September 6, 2013, the Internal Revenue Service ("IRS") filed a proof of claim in the total amount of $60,599.78 ("Claim 4-1"). The IRS bifurcates its claim as $45,972.77 as a

priority claim and the remaining $14,627.01 as a general unsecured claim. *See* attached Exhibit B is a true and accurate copy of IRS Claim 4-1.

6. At the time the Debtor's Confirmed Plan was confirmed, the IRS did not have a claim on file in the instant proceeding.

7. The proof of claim deadline for governmental entities was August 26, 2013.

8. On September 24, 2013, the Chapter 13 Trustee, Glenn Stearns, filed a proof of claim on behalf of the IRS ("Claim 5-1"). *See* attached Exhibit C is a true and accurate copy of Claim 5-1.

9. Claim 5-1 is exactly the same as Claim 4-1 filed by the IRS.

10. Claim 5-1 is filed timely as a Trustee has 30 days from the claims bar date to file a claim.

11. The Debtor disputed the amount listed in Claim 4-1 and Claim 5-1.

12. Debtor, through his counsel, contacted the IRS to resolve the disputed amount.

13. On November 15, 2013, the IRS amended Claim 4-1 ("Amended Claim 4-1"). *See* attached Exhibit D is a true and accurate copy of Amended Claim 4-1.

14. Amended Claim 4-1 stated a bifurcated claim, a priority claim of $24,049.32 and general unsecured claim of $1,708.58. The IRS's claim has rendered the Debtor's Confirmed Plan unfeasible as it does not pay out the required priority claim of the IRS and no longer provides a 100% dividend to the general unsecured creditors.

15. The Debtor's Confirmed Plan is underfunded by the amount of Amended Claim 4-1, or a total of $25,757.90.

16. Consequently the Chapter 13 Trustee filed a Motion to Dismiss for unfeasibility on September 25, 2013. *See* Docket Entry 50.

17. In order to comply with the terms of the Confirmed Plan, Debtor must increase his trustee payment to account for the Amended Claim 4-1.

18. Given the case was filed in February of 2013, Debtor is in month eleven (11) of the Confirmed Plan.

19. Consequently, the Debtor must increase his payments in the remainder forty-nine (49) months of the plan to account for Amended Claim 4-1.

20. Therefore the Debtor's plan payments must increase by approximately $526.00 per month ($25,757.90 / 49 Months = $525.67).

21. The Debtor's plan payments must increase to $3,235.67 ($2,710.00 + $525.67) to account for Amended Claim 4-1 and comply with the terms of the Confirmed Plan.

22. Fortunately for the Debtor, his current financial circumstances allow for the plan payment increase and thus the plan remains feasible.

23. The modification of the plan will permit the Plan to terminate on its original schedule of sixty (60) months.

24. Modification of the plan will not prejudice any creditors, as they will receive the same dividend as contemplated by the Confirmed Plan.

**WTHEIREFORE**, the Debtor prays this Honorable Court for the following relief:

A. Increasing his Plan payment from $2,710.00 to $3,236.00, starting in February 2014 to account for Amended Claim 4-1 and comply with the terms of the Confirmed Plan;
B. For such other and further relief this Court deems just and proper.

Dated: January 8, 2014

Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. #6299011
Counsel for Debtor
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181